JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT S. BELLAH and MARTHA J. BELLAH,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-00017-DOC (JDEx)<br><br>*Honorable David O. Carter*<br><br>**ORDER DISMISSING FRAUD AND UCL CLAIMS (CAL. BUS. & PROF. CODE § 17200), LIMITING DAMAGES AND REMANDING REMOVED ACTION TO STATE COURT [9]**<br><br>Sup. Ct. Action Filed: November 26, 2024<br>Orange County Superior Court<br>Case No. 30-2024-01443266-CU-BC-WJC<br><br>Removed:           January 3, 2025<br>Trial Date:          Not Set |

# **ORDER**

On January 16, 2025, Scott S. Bellah and Martha J. Bellah ("Plaintiffs") and General Motors LLC ("Defendant" or "GM"), by and through their counsel of record, filed a Stipulation of Maximum Damages Limit and Remand of Removed Action ("Stipulation"). Specifically, the Parties stipulated to dismiss with prejudice Plaintiffs' Fourth and Fifth Causes of Action for Fraud and Violation of Business and Professions Code 17200 ("UCL").

The parties also stipulated that Plaintiffs' total recovery shall not, under any circumstance, exceed $75,000. As a result, this Court no longer has subject matter jurisdiction over this action because it does not meet the minimum amount in controversy required under 28 U.S.C. § 1332(a). The parties further stipulated to remand this action to the Orange County Superior Court, Case No. 30-2024-01443266-CU-BC-WJC.

Based on the foregoing, the Court, therefore, ORDERS:

1. Plaintiffs' total recovery in this action is capped at $75,000;

2. Plaintiffs' Fourth Cause of Action for Fraud and Fifth Cause of Action for Violation of UCL are dismissed with prejudice; and

3. This action is remanded to the Orange County Superior Court, Case No. 30-2024-01443266-CU-BC-WJC.

**IT IS SO ORDERED.**

Dated: January 16, 2025

_David O. Carter_
Honorable David O. Carter
United States District Judge